IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-130-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ROBERTA LOUISE HART, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the revocation hearing presently set for Thursday, September 5, 2019 at 3:30 p.m. is **VACATED** and **RESET** for **Thursday, September 5, 2019 at 1:30 p.m., changing the time of the hearing only.**

The Clerk of Court is directed to notify counsel and the U. S. Marshals Service of the making of this Order.

DATED this 30th day of August, 2019.

SUSAN P. WATTERS
United States District Judge

1