IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTA LOUISE HART,<br><br>Defendant. | Case No. CR 15-130-BLG-SPW<br><br>ORDER |

Due to calendaring issues at the Yellowstone County Detention Facility, and upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that Revocation Hearing set **Via Video** for Thursday, November 5, 2020 at 2:00 p.m. is **VACATED** and **RESET VIA VIDEO from the Yellowstone County Detention Facility** on **Thursday, November 5, 2020 at 3:30 p.m. changing the time of the hearing only.** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, she must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 22nd day of October, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE